MORRIS GOLDBLATT, Respondent, *v.* JOSEPH ROSENWASSER, Appellant.

Argued May 15, 1950; decided June 1, 1950.

*Sidney Squire, Harold L. Fisher* and *Frank Leavitt* for appellant.

*Martin L. Conrad* and *Harry Schneider* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CONWAY, DESMOND, DYE and FROESSEL, JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and FULD, JJ.